[No. 31406-1-II. Division Two. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALISBEN GONZALEZ-DOMINGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01735-1, Stephen M. Warning, J., entered February 20, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 31527-1-II. Division Two. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY R. MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00448-1, James B. Sawyer II, J., entered March 8, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 22239-0-III. Division Three. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. VOGAR'D CHARLES AMEZCUA, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00243-3, Larry M. Kristianson, J., entered July 2, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 22255-1-III. Division Three. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT STANLEY WACKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00625-5, Kathleen M. O'Connor, J., entered July 17, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.